IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUDOLPH GEORGE STANKO, | |
| Plaintiff, | 7:05CV5023 |
| v. | |
| KYLE SCHIEDEMAN, DALE CHANEY, and JOHN DOES 1X THROUGH 6X, | REASSIGNMENT ORDER |
| Defendants. | |

It has come to this court's attention that Magistrate Judge David L. Piester was assigned in error to this case.

THEREFORE, IT IS ORDERED, that this case is reassigned to District Court Lyle E. Strom for all dispositive matters.

DATED this 28th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge