IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5023 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KYLE SCHIEDEMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 24, the motion to substitute affidavit, filed by defendant Dale Chaney. In filing no. 24, defendant Chaney requests leave to substitute the affidavit contained in filing no. 24 for the affidavit previously submitted to the court in filing no. 23. After review of the record I will grant defendant Chaney's request. Defendant Chaney's correct affidavit shall be the affidavit contained within filing no. 24. Filing no. 24 is granted.

    Also before the court is filing no. 25, the motion for leave to file a supplemental brief, filed by defendant Chaney. Defendant Chaney requests leave to file a supplemental brief to support his motion to dismiss (filing no. 22). After review of the record, I will grant defendant Chaney's request. The supplemental brief, filing no. 26 is accepted for filing instanter. Filing no. 25 is granted.

    IT IS THEREFORE ORDERED:

    1.    That filing no. 24 is granted; and

    2.    That filing no. 25 is granted.

    DATED this 17th day of March, 2006.

                                BY THE COURT:

                                S/F.A. GOSSETT
                                United States Magistrate Judge